**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**RICKY GIDDENS,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 7:10-CR-28 (HL)
7:12-CV-90125

**ORDER**

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 142). The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 130) be dismissed and Petitioner's Motion for Immediate Release (Doc. 134) be denied.

Petitioner has filed objections to the Recommendation. The Court has reviewed the objections, and after careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Petitioner's Motion to Vacate is dismissed. No certificate of appealability will be issued. Further, Petitioner's Request to Supplement Brief (Doc. 144) is denied, as the Magistrate Judge addressed <u>Dorsey v. United States</u> in making his recommendation, which has been adopted in full.

**SO ORDERED**, this the 19th day of December, 2012.

                              */s/ Hugh Lawson*
mbh                             **HUGH LAWSON, SENIOR JUDGE**