**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **RICKY GIDDENS,** Petitioner, v. **UNITED STATES OF AMERICA,** Respondent. | CASE NO. 7:10-CR-28 (HL) 7:12-CV-90125 |

### ORDER

This case is before the Court on Defendant's Motions for Reconsideration (Docs. 147 and 148). The motions are denied. As stated in the Court's order dated December 19, 2012, the Magistrate Judge addressed <u>Dorsey v. United States</u> in making his recommendation, which was adopted in full. There is no reason to reconsider the issue at this time.

**SO ORDERED**, this the 7th day of January, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh