IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | | |
|---|---|---|---|
| RICKY GIDDENS, | : | | |
| Petitioner | : | | |
| VS. | : | CASE NO. | 7:10-CR-028-HL |
| | : | | 7:12-CV-90125 |
| UNITED STATES OF AMERICA, | : | | |
| Respondent | : | | |

# ORDER

Petitioner **RICKY GIDDENS** seeks to appeal this Court's dismissal of his Petition for Writ of Habeas Corpus and has filed a Motion for Leave to Proceed *in forma pauperis* on Appeal. Petitioner's Motion is **MOOT**, as he has been denied a Certificate of Appealability. See 28 U.S.C. § 2253(c). Petitioner's Motion to Proceed *in forma pauperis* on Appeal (ECF No. 169) is thus **DENIED**. Petitioner's prior Motion to *Proceed in forma pauperis* on Appeal (ECF No. 164) is **DISMISSED** as premature.

**SO ORDERED,** this 30th day of April, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr